UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 3 1 2013

---

THOMAS GRAY,

                              Plaintiff,

-against-

THE CITY OF NEW YORK & POLICE OFFICER
TASHIDA WILSON & JOHN DOE POLICE OFFICER
#1-2,

                              Defendants.

STIPULATION AND
ORDER OF DISMISSAL

13 Civ. 2758 (GBD)

---------------------------------------------------------------- x

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1. The above-referenced action is hereby dismissed with prejudice; and

       2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

*{Signatures on the following page}*

| | |
|---|---|
| Giordano Law Office<br>*Attorneys for Plaintiff*<br>226 Lenox Ave.<br>New York, NY 10027<br>(212) 406-9466<br><br>By: _____<br>Carmen Giordano<br>*Attorney for Plaintiff* | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York<br>and Officer Wilson*<br>100 Church Street, Rm. 3-210<br>New York, New York 10007<br><br>By: _____<br>Odile M. Farrell<br>*Assistant Corporation Counsel* |

Dated: New York, New York
JUL 31 2013, 2013

SO ORDERED:

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2